THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAIR HILL,
   **Plaintiff.**

v.                                            Case No.:

BEKINS COMMERCIAL
INSTALLATIONS, INC.
   **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff, Blair Hill, was employed by Bekins Commercial Installations, INC., Defendant, and brings this action for disability discrimination under Americans with Disabilities Act and its amendments ("ADA").

2. Defendant is an employer as defined by the ADA and employs more than 15 people.

3. Plaintiff is a qualified female with a disability who was hired by Defendant as a Billing Specialist on or about March, 2022.

4. Defendant is a Florida corporation doing business in Manatee County.

5. Plaintiff is a qualified individual with a disability. Specifically, Plaintiff suffers from ADHD, depression, and anxiety, each of which substantially limits major life activities and constitutes a disability under the ADA and FCRA.

1

6. At all times, Plaintiff was capable of performing the essential functions of her job with reasonable accommodations.

7. On or about November 27, 2023, Plaintiff submitted a formal written request for reasonable accommodations, including: Two 15-minute breaks (morning and afternoon), five-minute breaks every hour, and the use of noise-canceling headphones.

8. Defendant failed to engage in the interactive process and denied Plaintiff's accommodation request outright.

9. Plaintiff was capable of performing all essential functions of her job with the accommodations. .

10. After Plaintiff made Defendant aware of her disability and need for accommodation, Defendant began discriminating against Plaintiff on the basis of her disability.

11. The ADA prevents employers from discriminating against qualified individuals with disabilities because of their disability.

12. Plaintiff filed a charge of discrimination with the EEOC alleging disability discrimination and retaliation.

13. The EEOC investigated Plaintiff's charge and entered a for cause finding.

14. Plaintiff received her notice of right to sue on May 30, 2025.

15. Less than 90 days have passed since Plaintiff received her notice of right to sue.

## **COUNT I – DISABILITY DISCRIMINATION UNDER THE ADA**

16. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-15, above.

17. Plaintiff is a qualified female with a disability as defined by the ADA.

18. Plaintiff was able to perform the essential functions of her job with a reasonable accommodation.

19. Plaintiff was employed by Defendant as a Billing Specialist.

20. Plaintiff made a request for reasonable accommodations during her employment and Defendant unreasonably denied her accommodation request.

21. Defendant discriminated against Plaintiff by failing to accommodate her disability and by terminating her employment due to her disability.

22. Defendant's actions violate the ADA.

23. As a direct and proximate result of Defendant's conduct, Plaintiff suffered and continues to suffer economic and non-economic damages.

## **COUNT II – RETALIATION UNDER THE ADA**

24. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-15, above.

25. Plaintiff engaged in protected activity by requesting reasonable accommodations for her disability.

26. Plaintiff engaged in a protected activity when she requested a reasonable accommodation.

27. Defendant retaliated against Plaintiff by terminating her for exercising her rights under the ADA.

28. Defendant's conduct violates 42 U.S.C. § 12203.

29. As a direct and proximate result, Plaintiff suffered and continues to suffer damages.

WHEREFORE, Plaintiff demands judgment against Defendant, including, but not limited back pay, compensatory damages, and punitive damages, together with costs and attorney's fees pursuant to ADA, and such other further relief as this Court deems just and proper.

DATED this August 28, 2025

**/S/ Kyle J. Lee**
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
Team@KyleLeeLaw.com