UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAIR HILL,

      Plaintiff,

v.                                    Case No:  8:25-cv-02314-JLB-SPF

BEKINS COMMERCIAL
INSTALLATIONS, INC.,

      Defendant.

_____/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 21), recommending that Plaintiff Blair Hill's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration (Doc. 19) be **GRANTED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff Blair Hill's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration (Doc. 19) is **GRANTED**.

3. Defendant Bekins Commercial Installations, Inc.'s Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Compel Arbitration (Doc. 16) is **DENIED as moot** for the reasons stated in the Report and Recommendation (Doc. 21).

4. This case is **STAYED**. The parties are **DIRECTED** to arbitrate this case promptly. The parties are **DIRECTED** to file a joint status report on August 3, 2026, and every sixty days thereafter, informing the Court on the status of the arbitration proceedings. If the proceedings have concluded, or the parties' dispute has otherwise been resolved, the parties shall notify the Court within ten (10) days of either such event.

5. The Clerk of the Court is **DIRECTED** to **STAY** this matter, place a **STAY FLAG** on this case, and administratively close the file until further order of the Court.

**ORDERED** in Tampa, Florida, on June 5, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE